

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-91,381-01 & 91,381-02

### IN RE STATE OF TEXAS EX REL. RICHARD E. GLASER, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS AND PROHIBITION
### CAUSE NO. 20,571-A IN THE 336TH DISTRICT COURT
### FROM FANNIN COUNTY

*Per curiam*.

### O R D E R

Relator, Richard E. Glaser, the Fannin County District Attorney, has filed motions for leave to file applications for writs of mandamus and prohibition under this Court's original jurisdiction. Relator contend s that Respondent, the Honorable Laurine Blake, Judge of the 336th District Court, had no authority to appoint counsel and an expert to evaluate Cornelius Titus for competency and to order the expert to file a report detailing his findings. Relator urges this Court to vacate Respondent's orders and to prohibit her from enforcing her orders.

In these circumstances, we decline to exercise our mandamus jurisdiction. The court of appeals has jurisdiction to mandamus Respondent, Relator has not presented a compelling reason why he could not have sought mandamus relief in the court of appeals, and an Article 11.07 habeas

application in this underlying cause is not pending in the trial court. *See* TEX. GOV'T CODE § 22.221(a); *Padilla v. McDaniel,* 122 S.W.3d 805, 808 (Tex. Crim. App. 2003); *Padieu v. Court of Appeals of Texas, Fifth District*, 392 S.W.3 115, 118 (Tex. Crim. App. 2013). Given that we are not exercising our original mandamus jurisdiction at this stage in the proceedings, we also decline to exercise our jurisdiction to issue writs of prohibition. We deny leave to file.


Filed:            August 19, 2020
Do not publish